UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

LIBERTY INSURANCE CORPORATION, *et al.*,

    Plaintiffs,

V.

LARS PALSBERG JORGENSEN, *et al.*,

    Defendants.

CIVIL ACTION NO. 5:24-cv-212-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered today, the Court hereby ORDERS and ADJUDGES as follows:

1) Liberty's Motion for Judgment on the Pleadings (DE 25) is GRANTED;

2) Liberty has no duty to defend Defendant Jorgensen in *Briggs Alexander, et al. v. University of Kentucky et al.*, No. 5:24-107 (E.D. Ky. Filed April 12, 2024) or to indemnify him for any damages he may be obligated to pay in that case; and

3) This JUDGMENT is FINAL and APPEALABLE.

This 4th day of September, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY